**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1370
_____

Robert B. Depugh,          *
                           *
          Appellant,       *
                           * Appeal from the United
States
     v.                    * District Court for the
                           * Western District of
Missouri.
David Clemens,             *
                           *          [UNPUBLISHED]
          Appellee.        *


_____

                           Submitted:  November 7,
1997
                                    Filed:  November
10, 1997
_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

     Robert B. DePugh appeals the District Court's[1] order
sanctioning him $1,515.07 pursuant to Federal Rule of
Civil Procedure 11.  Upon review of the record and the
parties' submissions on appeal, we find no abuse of
discretion.  Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Nannette K. Laughrey, United States District Judge for the
Western District of Missouri.

David Clemens's motion for damages and double costs under Federal Rule of Appellate Procedure 38 is granted.

A true copy.

Attest:

  CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.